UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE MILLER,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF CAMPBELL, et al.,<br><br>          Defendants. | Case No.: C 04-5417 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A further Case Management Conference was held on May 31, 2005.  Based on the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that Case Management Conference is continued to 2:00 p.m. on June 28, 2005.  The parties shall file a Supplemental Joint Case Management Conference Statement no later than June 21, 2005.

Dated:  *6/2/05*

                                     */s/ Patricia V. Trumbull*
                                     PATRICIA V. TRUMBULL
                                     United States Magistrate Judge