UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE MILLER, )<br>             )<br>         Plaintiff, )<br>             )<br>    v.       )<br>             )<br>CITY OF CAMPBELL, et al., )<br>             )<br>         Defendants. )<br>_____ ) | Case No.: C 04-5417 PVT<br><br>**ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE** |

       A further Case Management Conference was held on May 31, 2005. At the conference, Plaintiff's counsel informed the court that he would be withdrawing as counsel because he had learned that a witness herein who may later be named as a defendant is one of his good friends. He requested a continuance in order to allow Plaintiff time to retain new counsel. This court continued the Case Management Conference for four weeks for the sole purpose of allowing Plaintiff time to retain new counsel. It appears from the parties' Updated Case Management Conference Statement, filed herein on June 21, 2005, that Plaintiff still intends to retain new counsel, but has not yet done so. The court also notes that the parties failed to specify any proposed dates for the discovery cutoff, expert designations, and trial. Therefore,

       IT IS HEREBY ORDERED that the Case Management Conference is continued to 2:00 p.m. on July 26, 2005. Counsel who will be lead trial counsel for Plaintiff shall attend the

1  Case Management Conference.  *See*, Civ. LR 16-10(a).

2      IT IS FURTHER ORDERED that, no later than July 12, 2005, the new lead trial counsel
3  for Plaintiff shall meet and confer with Defendants' lead trial counsel as required by Civil Local
4  Rule 16-3.

5      IT IS FURTHER ORDERED that, no later than July 19, 2005, the parties shall file a
6  Supplemental Joint Case Management Conference which includes, among the other required
7  information, specific proposals for the discovery cutoff, expert designations, and trial.

8  Dated:  *6/22/05*

                */s/ Patricia V. Trumbull*
                PATRICIA V. TRUMBULL
                United States Magistrate Judge